UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANA N. GRANT-COVERT,<br><br>    Appellant,<br><br>    v.<br><br>WELLS FARGO BANK,<br><br>    Appellee. | Civ. No. 15-6018 (NLH)<br><br>**ORDER** |

IT IS on this   9th   day of   March  , 2016

ORDERED that the July 22, 2015 Order of the bankruptcy court be, and the same hereby is, **AFFIRMED**, and debtor's appeal [Doc. No. 1] is dismissed.  The Clerk of Court shall close this matter.

                                     s/ Noel L. Hillman
                                    NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey